FILED
08 JUL -9 PM 3:04

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

GARY RAYMOND XAVIER  Plaintiff,

CASE NO. 08 3299 (PR)

vs.

MIKE EVANS, WARDEN
AND EDMUND G. BROWN JR.-
THE ATTORNEY GENERAL  Defendant.
OF CALIFORNIA (ADDITIONAL RESPONDENT)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, GARY RAYMOND XAVIER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _PETITIONER HAS NOT BEEN EMPLOYED SINCE 1994_
5  _IN MASSACHUSETTS WHERE HE WAS A LANDSCAPER_
6  _FOR "G.W. LANDSCAPE"_

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or      Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,      Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?      Yes ___ No ✓
14     d.  Pensions, annuities, or      Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,      Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _N/A_
22 _____

23 3.  Are you married?      Yes ___ No ✓
24 Spouse's Full Name: _N/A_
25 Spouse's Place of Employment: _N/A_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _N/A_  Net $ _N/A_
28 4.  a.  List amount you contribute to your spouse's support: $ _N/A_

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

2006 Supp. App. 14-C p. 32

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____NONE_____(N/A)_____
6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.  Do you own an automobile?    Yes ___ No ✓
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ___ No ✓ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ___ No ✓ Amount: $ __N/A__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____N/A_____

21 8.  What are your monthly expenses?
22 Rent: $ __N/A (INCARCERATED)__ Utilities: __N/A (INCARCERATED)__
23 Food: $ __N/A (INCARCERATED)__ Clothing: __N/A (INCARCERATED)__
24 Charge Accounts: __N/A__

25 | Name of Account | Monthly Payment | Total Owed on this Account |
   | --- | --- | --- |
26 | N/A | $ N/A | $ N/A |
27 | " " | $ " " | $ " " |
28 | " " | $ " " | $ " " |

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PETITIONER OWES CO-PAYMENT FEES FOR MEDICAL AND DENTAL CARE IN PRISON. ALSO CHARGES/FEES ARE OWED FOR MEDICAL DEVICES, LEGAL POSTAGE, LEGAL PHOTO COPIES.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-19-08
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number: _____

- 4 -

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8
 9                          CERTIFICATE OF FUNDS
10                                    IN
11                          PRISONER'S ACCOUNT
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                          J-20637
14   statement showing transactions of  Xavier, Gary  for the last six months
15   at
         SALINAS VALLEY STATE PRISON
16       ACCOUNTING DEPARTMENT          [prisoner name]
         P.O. BOX 1020
17       SOLEDAD, CA 93960-1020         where (s)he is confined.
18              [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $  43.33  and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $  67.11  .
22
23   Dated:  6/30/08              L. Macias
24                                      [Authorized officer of the institution]
25
26
27
```

```
REPORT ID: TS3030 .701                                              REPORT DATE: 06/30/08
                                                                    PAGE NO:       1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUN. 30, 2008

ACCOUNT NUMBER  : J20637
ACCOUNT NAME    : XAVIER, GARY RAYMOND           BED/CELL NUMBER: FDB9T1000000118U
PRIVILEGE GROUP : D                              ACCOUNT TYPE: I

                                TRUST ACCOUNT ACTIVITY

   TRAN
DATE CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
---- ----   -----------     -------    ---------   --------   -----------    -------
01/01/2008  BEGINNING BALANCE                                                  0.00
01/16 D320  TRUST FUNDS T  1854 COR                 31.02                     31.02
01/24 W536  COPAY CHARGE   1929 COPAY                             5.00        26.02
01/30 D320  TRUST FUNDS T  1980 COR                 90.00                    116.02
02/08 FC06  DRAW-FAC 6     2091 D7                                116.02        0.00
03/12 D320  TRUST FUNDS T  2363 HDSP                 5.00                      5.00
03/17 FR01  CANTEEN RETUR  702403                                116.02-     121.02
03/17 FC07  DRAW-FAC 7     2410 D9                                45.00       76.02
03/21 W512  LEGAL POSTAGE  2468 LPOST                              2.50       73.52
04/03 W512  LEGAL POSTAGE  2538 LPOST                              2.50       71.02
04/03 W512  LEGAL POSTAGE  2538 LPOST                              2.50       68.52
04/10 W512  LEGAL POSTAGE  2607 LPOST                              2.50       66.02
04/14 FC07  DRAW-FAC 7     2639 D9                                34.77       31.25
05/27 W536  COPAY CHARGE   3011 COPAY                              5.00       26.25
06/16 W514  VISION CARE C  3192 OPTIC                             26.25        0.00

                              CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE    DESCRIPTION              COMMENT        HOLD AMOUNT
------      ----    -----------              -------        -----------
06/12/2008  H109    LEGAL POSTAGE HOLD       3160 LPOST         1.00
06/12/2008  H109    LEGAL POSTAGE HOLD       3160 LPOST         2.70
06/18/2008  H118    LEGAL COPIES HOLD        3221 LCOPY         1.00
06/18/2008  H118    LEGAL COPIES HOLD        3221 LCOPY         4.50
06/26/2008  H118    LEGAL COPIES HOLD        3299 LCOPY         1.00

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
---------    --------   -----------  -------      -------     ------------
  0.00       126.02     126.02         0.00        10.20          0.00


                                                             CURRENT
                                                             AVAILABLE
                                                             BALANCE
                                                             ---------
                                                              10.20-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
    TRUST OFFICE