1  GARY R. XAVIER J-20637
2  SALINAS VALLEY STATE PRISON
   P.O. BOX 1050 / D9-118
3  SOLEDAD, CA. 93960-1050



FILED
08 JUL -9 PM 3:04
CLERK...
DISTRICT COURT
...CALIFORNIA

7       UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA    MHP

10  In the Matter of the Application of: )     CV 08      3299
11  GARY RAYMOND XAVIER,                  )    Case No.: _____
                    vs.                   )
12  MIKE EVANS, WARDEN                    )    MOTION FOR APPOINTMENT OF COUNSEL
13                                                              (PR)

14      TO THE HONORABLE JUDGE AND ASSOCIATE JUSTICES PRESIDING IN THE ABOVE-
15  ENTITLED COURT:

16      I, GARY RAYMOND XAVIER petitioner, a Layman-at-lay, moves this Honorable
17  Court for an order appointing a certified attorney-at-law, to represent the
18  Movant in the present cause of action now pending before this court because
19  Movant cannot afford to employ the services of an attorney in the foregoing
20  matter.

21      This motion is based upon the Movant-Petitioner's Affidavit in Support of
22  his Motion for Leave to Proceed In Forma Pauperis and for the Appointment of
23  Certified Counsel in the foregoing matter.

24      Legal Authority for Appointment and Compensation of Counsel is Article 1,
25  Section , §15 of the California Constitution; the 6th Amendment of the United
26  States Constitution; 23 U.S.C., Section § 1915 (d); 18 U.S.C., Section § 3006
27  A (g), an interpreted in McClain v. Manson, 343 F. Supp. 382 [D. Conn. 1972];
28  Payn v. Superior Court, (1975) 17 Cal. 3d 908; Salas v. Cortez, (1978) 24 Cal.

K. L. Owens
American Inmate
Paralegal Association

1  3d 22; Price v. Johnson, 161 F. 2d 705; Yarbrough v. Superior Court, (1983)
2  150 Cal. App. 3d 388; and California Penal Code, Section § 1191.1, which
3  expressly grants a right to counsel and equal protection to indigent
4  imprisoned inmates upon request.

5      'as a matter of due process and equal protection
6      under both the Federal and California Constitutions
7      a prisoner who as a defendant (or petitioner or
8      plaintiff) in a 'bona fide legal action threatening
9      his interest', is exposed to judicially sanctioned
10     deprivations and is entitled to access to the courts
11     in order to have a 'meaningful opportunity to be
12     heard and to have assistance of competent counsel!"
13 Yarbrough v. Superior Court, supra citing Payne v.
14 Superior Court, supra.

15
16 **VERIFICATION**
17     That I have read the above statements and swear under penalty of perjury
18 under the laws of the State of California that upon information and belief
19 these statements are true and correct. Executed this ___19th___ day of
20 ___JUNE___, 2008, at ___MONTEREY___, California pursuant to
21 California Code of Civil Procedure, Section(s), §§ 446 and 2015.5.

22
23 6.19.08
                                  Petitioner In Pro Per
24
25 //////
26
27
28

K. L. Owens
American Inmate
Paralegal Association

(2)