United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAYMOND XAVIER,<br><br>         Petitioner,<br><br>   v.<br><br>MIKE EVANS, Warden,<br><br>         Respondent.<br>_____/ | No. C 08-3299 MHP (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a notice of appeal, which the court construes as also requesting a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: June 15, 2009

_____
Marilyn Hall Patel
United States District Judge